BENJAMIN LEVINE
BLevine@grsm.com
DIRECT DIAL: (212) 453-0710

BRYAN P. DESTEFANO
bdestefano@GRSM.COM
DIRECT DIAL: (332) 230-2159



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

August 23, 2024

Application granted. The parties' joint letter shall be submitted no later than September 30, 2024.

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

SO ORDERED.

Hon. Ronnie Abrams
August 26, 2024

Re:    *Samantha Herceg v. Tourneau LLC*
       Case no.: 1:24-cv-02614-RA

Dear Judge Abrams:

This firm represents defendant Tourneau LLC in the above-referenced matter. Our office, along with plaintiff's counsel, write seeking an adjournment of the August 30, 2024 initial status conference and related filings.

Pursuant to Your Honor's June 24, 2024 Order and Notice of Initial Conference, an initial status conference is set to place on August 30, 2024. The parties are also currently directed to submit a joint letter and proposed case management plan by August 23, 2024. As the Court knows, this parties are scheduled to participate in a virtual mediation on September 23, 2024. In light of the scheduled mediation, the parties respectfully request an adjournment of the initial conference, joint letter and case management plan until after the September 23, 2024 mediation. The parties propose submitting a status update letter within one week of mediation. The status update letter will advise the Court of whether the matter settled and, if not, dates both parties are available to participate in an initial conference. Both parties will submit the necessary preconference filings one (1) week before any scheduled initial conference in accordance with Your Honor's rules.

This is the parties' first request for an adjournment and is submitted by the August 23, 2024 deadline outlined in Your Honor's June 24, 2024 Order and Notice of Initial conference.

Respectfully submitted,

*/s/ Bryan DeStefano*
 Bryan DeStefano

cc: All Counsel of Record (*via* ECF)