BENJAMIN LEVINE
BLEVINE@GRSM.COM

BRYAN DESTEFANO
BDESTEFANO@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

March 4, 2025

**Via E-Mail**
Honorable Henry J. Ricardo
United States District Court
Southern district of New York
500 Pearl Street, Room 701
New York, NY 10007
RicardoNYSDChambers@nysd.uscourts.gov

Re:   *Samantha Herceg v. Tourneau LLC*
      1:24-cv-02614

> **MEMO ENDORSEMENT**
>
> The settlement conference scheduled on March 6, 2025 is adjourned to April 28, 2025 at 10:00 a.m. in Courtroom 21D.
>
> Defendant's response to Plaintiff's first set of interrogatories is due by March 21, 2025.
>
> SO ORDERED.
>
> Dated: March 4, 2025
> New York, New York
>
> Henry J. Ricardo
> United States Magistrate Judge

Dear Judge Ricardo:

    Our law firm represents defendant Tourneau LLC ("Defendant" or "Tourneau") in the above-referenced matter. We write pursuant to Your Honor's Settlement Procedures Section 8 to respectfully request an adjournment of the settlement conference currently scheduled for March 6, 2025.

    Defendant is seeking an adjournment of the March 6, 2025, conference given Tourneau's representative will be out-of-state at that time and cannot attend in-person. Defendant contacted plaintiff's counsel numerous times to identify mutually convenient dates for the conference to be held. The new proposed dates are:

    Monday, April 28, 2025; and

    Thursday, May 1, 2025.

    Plaintiff's counsel indicated a preference for April 28, 2025.

    Lastly, the parties agreed Defendant will provide a response to plaintiff's first set of interrogatories by March 21, 2025. The response had an initial due date of December 2, 2024, and Defendant requests additional time to respond at this time in light of previously scheduled vacation plans of certain individuals at Tourneau.

    We thank the Court for its time and attention to this matter.

Case 1:24-cv-02614-RA    Document 27    Filed 03/04/25    Page 2 of 2

March 4, 2025
Page 2

        Best regards,

        Gordon Rees Scully Mansukhani, LLP

        */s/ Bryan DeStefano*
        Bryan DeStefano