```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA HERCEG,

                Plaintiff,

      -v-

TOURNEAU LLC,

                Defendant.

**ORDER**

24-CV-2614 (RA)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order dated May 1, 2025, the Court directed the parties to confer and to advise Chambers regarding their availability for a settlement conference on May 16, 20, or 22. ECF No. 40.

    The Court now having been advised that the parties are not available on May 16, 20, or 22, the parties are directed by **May 14, 2025**, to file a joint letter on the docket providing dates when they are available for a settlement conference.

**SO ORDERED.**

Dated: May 9, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge